**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Gloria Lashbrook,

Plaintiff,

vs.

Walden Automotive Group d/b/a
Denny Hecker's Automotive Group d/b/a
Burnsville Kia,

Defendant.

Court File No.: 01-CV-1961 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

---

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties thereto, through their respective undersigned attorneys, that the same may be, and it hereby is, dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

It is further stipulated that without further notice, the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merits, without costs or disbursements to any of the parties.

CONSUMER JUSTICE CENTER, P.A.

By ______________________
Thomas J. Lyons, Jr., #249646

342 East County Road D
Little Canada, MN 55117
(651) 770-9707

ATTORNEYS FOR PLAINTIFF

MESHBESHER & SPENCE, LTD.

By ______________________
Daniel J. Boivin, #135215
Konstandinos Nicklow, #225526
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

ATTORNEYS FOR DEFENDANTS

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER FOR DISMISSAL**

Based upon the foregoing stipulation entered into by the parties, and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 9/30/02

United States District Court Judge