# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gloria Lashbrook

Plaintiff

v.

Walden Automotive Group d/b/a
Denny Hecker's Automotive Group d/b/a
Burnsville Kia,

Defendants

Case No. Civil 01-1961 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the above entitled action is hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto.

DATE: September 30, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Victoria Moralez, Deputy Clerk